UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EVENS PRESNARD,
Petitioner,
v.
CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-5872-CAB-JLB

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Evens Presnard's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is a Haitian national who was paroled into the United States on December 26, 2023. [Petition at 2; Doc. No. 4 at 2.] He was recently re-detained on October 6, 2026. [Petition at 2.]

Respondents do not contest any of Petitioner's asserted facts. [Doc. No. 4.] Nor do Respondents allege that there has been a change of circumstances warranting Petitioner's detention. Indeed, Respondents acknowledge that "Petitioner was previously released from immigration custody on parole" and "have insufficient information regarding termination of that parole . . . to provide to the Court." [*Id.* at 2.] Respondents therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 4.]

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner Evens Presnard under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: November 2, 2026

Hon. Cathy Ann Bencivengo
United States District Judge